■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM EADIE, Appellant.—Case held, decision reserved and matter remitted to Supreme Court, Erie County, for further proceedings, in accordance with

the same memorandum as in *People v Cadby* (75 AD2d 713). (Appeal from judgment of Erie Supreme Court—sodomy, first degree, and another charge.) Present—Cardamone, J. P., Simons, Callahan and Moule, JJ.